



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **SUSAN TUTTLE** | : | Case No.: 1:21-CV-00300 |
| **Plaintiff,** | : | |
| vs. | : | Judge: Matthew W. McFarland |
| **MILFORD EXEMPTED VILLAGE SCHOOL DISTRICT BOARD OF EDUCATION, et al.** | : | |
| | : | Magistrate: Karen L. Litkovitz |
| | : | |
| **Defendants.** | : | |
| | : | |

### JOINT MOTION TO STAY LITIGATION

The Parties both move this Court to stay this litigation pending settlement discussions. The Parties believe it is in the Parties' best interests to resolve this matter amicably before incurring further expense if possible.

Respectfully submitted,

*/s/Matthew Miller Novak*
Matthew Miller Novak (OH-0091402)
**Barron Peck Bennie & Schlemmer**
3074 Madison Road
Cincinnati, Ohio 45209
Tel:  (513) 721-1350
mmn@bpbslaw.com

*/s/ Bronston McCord*
C. Bronston McCord III (0067787)
Robert J. McBride (0065422)
**ENNIS BRITTON CO., LPA**
1714 West Galbraith Road
Cincinnati, OH 45239
P: (513) 421-2540
F: (513) 562-4986
rmcbride@ennisbritton.com
cbmccord@ennisbritton.com

### CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically on September 9, 2021, using the Court's CM/ECF filing system which will send an electronic copy to all Counsel in this matter.

*/s/ Matt Miller-Novak*