**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| Susan Tuttle, | : | Case No. 1:21-cv-300 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| Milford Exempted Village School | : | |
| District Board of Education, et al., | : | |
| | : | |
| Defendants. | : | |

_____

**CONDITIONAL ORDER OF DISMISSAL**
_____

This matter is before the Court regarding the Notice of Settlement (Doc. 12) filed November 17, 2021.   The parties have reached an agreement resolving this matter and expect to file an Entry of Dismissal within forty-five (45) days.

It is therefore **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within forty-five (45) days, move to reopen the action if settlement is not consummated.   Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____/s/ Matthew W. McFarland_____
JUDGE MATTHEW W. McFARLAND